### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA          :

vs.                               :  CRIMINAL NO.:  24-00218-KD-N

BILLY RAY STRACHAN.               :

### ACCEPTANCE OF GUILTY PLEA
### AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 26) and without any objection having been filed by the parties, Defendant Billy Ray Strachan's plea of guilty to Count One of the Indictment charging possession of a firearm by a prohibited person (felon), is accepted and Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **February 13, 2026, at 9:00 a.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the 19th day of August 2025.


s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE